**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMING ZHU,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>　　　　Defendants. | No. 2:23-cv-04197-JLS-PVC<br><br>**ORDER STAYING CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until Friday, December 27, 2024.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: October 16, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE